UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNETH N BARNES #113123** | **CIVIL ACTION NO. 22-cv-5673**<br>**SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARCUS MYERS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUGED, AND DECREED** that Plaintiff's Complaint and Amended Complaint [Doc. Nos. 1, 8] are **DENIED,** and **DISMISSED WITH PREJUDICE** under § 1915(e)(2)(b) and § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

Monroe, Louisiana, this the 13th day of March 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE